## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  15-cv-00170-REB-MEH

M. CHRISTINE KRACKER

      Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY, dba Geico Casualty Company, and d/b/a Geico Indemnity Company,

      Defendant.

## ORDER APPROVING STIPULATION OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal With Prejudice** [#28][1] filed August 11, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#28] is approved;

2. That the claims of the plaintiff are dismissed with prejudice with the parties to pay their own attorney fees and costs; and

---

[1] "[#204]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That this case is closed.

Dated August 12, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge